UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ALAIN ECHEVARRIA-HERNANDEZ,
   *Petitioner*,

v.   Case No. 5:25-CV-1631-JKP

KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security, et al.,

   *Respondents*.

## ORDER REGARDING REPLY BRIEF

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1). Respondents have filed their reply, *see* ECF No. 8, and Petitioner's time for filing a reply has not passed. Just yesterday, this Court rejected the primary arguments of Respondents. *See Davila Mercado v. Lyons*, No. 5:25-CV-01623-JKP, unpub. ord. (W.D. Tex. Dec. 11, 2025). But the response in this case and its Exhibit A indicate that the immigration judge made an alternate finding that Petitioner did not merit release on bond because he is a flight risk. Any reply by the Petitioner need not address matters determined in *Davila Mercado*. Nevertheless, any reply shall specifically discuss the alternate finding regarding flight risk, including the events leading to the order of the immigration judge, whether the alternate finding has any impact on the matters before the Court in this case, and if it does, what impact. Given this additional issue, Respondents may file a surreply as to this issue. **Any surreply is due by 1:00 p.m. the day after Petitioner files a reply brief**.

IT IS SO ORDERED this 12th day of December 2025.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE